7008 3230 0003 3610 8945

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

Ernest Van Carr
#41685-037
Federal Prison Camp-McKean
Box 8000
Bradford, PA 16701

3:05CR 7 #490